B6B (Official Form 6B) (12/07)

In re  Charles R. Jones,  Case No. __3:10-bk-32187__
       Michelle P. Jones
_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America checking account, $902.13<br>Bank of America savings account, $12.26 | J | 914.39 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Washer and Dryer | J | 100.00 |
| | | | 32" TV, $175<br>26" TV, $125<br>DVD player, $50 | J | 350.00 |
| | | | Table and chairs, $175<br>Love seat, $125<br>Recliner (2), $50<br>Coffee table, $25 | J | 375.00 |
| | | | Lawnmower | J | 125.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Husband's clothing | H | 100.00 |
| | | | Wife's clothing | W | 100.00 |
| 7. | Furs and jewelry. | | Wedding ring - husband | H | 100.00 |
| | | | Wedding ring - wife | W | 200.00 |

                                                              Sub-Total >      2,364.39
                                                          (Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  Charles R. Jones,  
      Michelle P. Jones  
      Debtors

Case No.  3:10-bk-32187

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | Digital Camera, $150<br>2 pistols, $500<br>Fishing Equipment, $150 | J | 800.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance through Mutual of Omaha<br>Insured: Husband<br>Beneficiary: Wife<br>Face Value: $100,000<br>Cash Value: $0 | H | 0.00 |
| | | Life Insurance through Mutual of Omaha<br>Insured: Wife<br>Beneficiary: Husband<br>Face Value: $100,000<br>Cash Value: $0 | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >  800.00  
(Total of this page)

Sheet  1  of  3  continuation sheets attached  
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Charles R. Jones,  Case No. __3:10-bk-32187__
       Michelle P. Jones
_____,
                           Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Residual Income earned pre-petition but paid post-petition by employer, Advanced Merchant Services, for sales of credit card processing terminals. | H | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Ford Fusion<br>VIN: 3FAFP07Z06R223602<br>145,000 miles | H | 6,000.00 |
| | | 2004 Keystone Zeplin 28' camping trailer<br>VIN: 4YDT281284L605102 | H | 8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

                                                                      Sub-Total >    14,000.00
                                                                   (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   Charles R. Jones,　　　　　　　　　　　　　　　　　　　　　　Case No.   3:10-bk-32187
　　　　Michelle P. Jones
_____,
　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | 2008 Dell Laptop | J | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　　　300.00
　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >　　　　17,464.39

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property
　　　　　　　　　　　　　　　　　　　　　　　　　(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re Charles R. Jones,
Michelle P. Jones
,
Debtors

Case No. 3:10-bk-32187

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America checking account, $902.13<br>Bank of America savings account, $12.26 | Tenn. Code Ann. § 26-2-103 | 914.39 | 914.39 |
| **Household Goods and Furnishings** | | | |
| Washer and Dryer | Tenn. Code Ann. § 26-2-103 | 100.00 | 100.00 |
| 32" TV, $175<br>26" TV, $125<br>DVD player, $50 | Tenn. Code Ann. § 26-2-103 | 350.00 | 350.00 |
| Table and chairs, $175<br>Love seat, $125<br>Recliner (2), $50<br>Coffee table, $25 | Tenn. Code Ann. § 26-2-103 | 375.00 | 375.00 |
| Lawnmower | Tenn. Code Ann. § 26-2-103 | 125.00 | 125.00 |
| **Wearing Apparel** | | | |
| Husband's clothing | Tenn. Code Ann. § 26-2-104 | 100.00 | 100.00 |
| Wife's clothing | Tenn. Code Ann. § 26-2-104 | 100.00 | 100.00 |
| **Furs and Jewelry** | | | |
| Wedding ring - husband | Tenn. Code Ann. § 26-2-104 | 100.00 | 100.00 |
| Wedding ring - wife | Tenn. Code Ann. § 26-2-104 | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Digital Camera, $150<br>2 pistols, $500<br>Fishing Equipment, $150 | Tenn. Code Ann. § 26-2-103 | 800.00 | 800.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Residual Income earned pre-petition but paid post-petition by employer, Advanced Merchant Services, for sales of credit card processing terminals. | Tenn. Code Ann. §§ 26-2-106, 107 | 75% | Unknown |
| | Total: | 3,164.39 | 3,164.39 |

0 continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

In re:  Charles R. Jones
        Michelle P. Jones

                Debtors.

No. 10-32187
Chapter 7

## DECLARATION CONCERNING DEBTORS' SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTORS

    I declare under penalty of perjury that I have read the foregoing Amended Schedule(s) B and C, consisting of  5  page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  December 22, 2010    Signature  /s/ Charles R. Jones
                                                                                   Charles R. Jones
                                                                                  Debtor

Date  December 22, 2010    Signature  /s/ Michelle P. Jones
                                                                                  Michelle P. Jones
                                                                                  Joint Debtor

## CERTIFICATE OF SERVICE

    I certify that the foregoing Declaration and Amended Schedule(s) B and C were served electronically upon John P. Newton, Jr., Trustee, via ECF, on this the  23rd  day of  December , 2010.

                                                                                 /s/ Ann Mostoller
                                                                                 Ann Mostoller, #001146
                                                                                 Attorney for Debtors
                                                                                 Mostoller, Stulberg, Whitfield & Allen
                                                                                136 S. Illinois Ave., Suite 104
                                                                                Oak Ridge, TN 37830
                                                                                865-482-4466

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.